UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 2:11-00002 |
| | ) | Judge Trauger |
| SPIKE HEDGECOTH | ) | |

## MOTION TO SEAL TRANSCRIPT

The defendant, through counsel, respectfully moves the Court to seal the transcript of the status conference held on December 5, 2013 (DE 1609).

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following:

Blanche B. Cook, Assistant U.S. Attorney, 110 9th Ave. South, A-961, Nashville, TN 37203;
Paul J. Bruno, Bank of America Plaza, 414 Union Street, Suite 904, Nashville, TN 37219;
Kimberly S. Hodde, Hodde & Associates, 40 Music Square East, Nashville, TN 37203;
Chuck Buckholts, 2400 Crestmoor Road, Nashville, TN 37215.

This document has also been sent, via electronic mail, to Roxann Harkins, Court Reporter.

*s/ Sumter L. Camp*
SUMTER L. CAMP