IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [1] SPIKE HEDGECOTH | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing in this case is scheduled for Friday, June 6, 2014, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 21st day of February 2014.

 ALETA A. TRAUGER
 U.S. District Judge