UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

> **Motion GRANTED. Hearing reset for 8/27/14 at 2:30 p.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:11-00002-1 |
| ) | Judge Trauger |
| SPIKE HEDGECOTH ) | |

MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Spike Hedgecoth, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the July 31, 2014, sentencing hearing in the above styled cause. In support of this motion, counsel for the defendant states that he is in trial with this Court in the matter of U.S. v. Shaub from July 29 - August 8, 2014.

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2014, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to Blanche B. Cook, Assistant U.S. Attorney, 110 Ninth Avenue South, A-961, Nashville, TN 37203.
  This motion has also been sent, via electronic mail, to Andrea Testa, U.S. Probation Office, A-725 U.S. Courthouse, Nashville, TN 37203.

s/ Sumter L. Camp
SUMTER L. CAMP